**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAFIQ THOMPSON, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILA. PRISON SYSTEM *et al.*, | : | No. 18-366 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 20th day of April, 2021, upon consideration of the Complaint (Doc. No. 3), Defendant Corizon's Motion to Dismiss (Doc. No. 18), Defendant Philadelphia Prison System's Motion to Dismiss (Doc. No. 19), the Court's December 3, 2020 Order (Doc. No. 20), and Defendant Corizon's Notice to the Court (Doc. No. 21), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant Corizon's Motion to Dismiss (Doc. No. 18) is **GRANTED WITHOUT PREJUDICE**.

2. Defendant Philadelphia Prison System's Motion to Dismiss (Doc. No. 19) is **GRANTED WITHOUT PREJUDICE**.

3. Plaintiff Rafiq Thompson is **GRANTED** leave to file an amended complaint within 60 days of the entry of this Order.[1]

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Should he choose to file an amended complaint, Mr. Thompson is instructed to list all of the defendants he wishes to proceed against in the amended complaint's caption. The Court notes that Mr. Thompson listed different defendants in his original complaint's caption as compared to the names he listed in a later portion of the complaint form. Any defendants listed in the body of an amended complaint should be identical to those listed in the caption, as stated in the complaint form's instructions.